NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE MARK C. JACKSON,**
*Petitioner.*

---

2014-142

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in No. 1:14-cv-00277-NBF, Judge Nancy B. Firestone.

---

**ON MOTION**

---

Before REYNA, BRYSON, and TARANTO, *Circuit Judges.*

PER CURIAM.

### O R D E R

Mark C. Jackson petitions for a writ of mandamus relating to his complaint brought before the United States Court of Federal Claims.

On July 23, 2014, Jackson filed a notice of appeal, docketed as 2014-5121, from the judgment of the Court of Federal Claims dismissing his complaint for lack of jurisdiction. A party who seeks a writ bears the burden of proving that he has no other means of obtaining the relief desired. *Mallard v. U.S. Dist. Court*, 490 U.S. 296, 309

(1989).  Because Jackson may raise arguments concerning his case in his appeal, mandamus relief is not appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for a writ of mandamus is denied.

(2) All pending motions are denied as moot.


                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court


s26